JS-6/ENTER

**FILED**
SEP 1 6 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAUL L. RODRIGUEZ, ) | Case No.   CV 08-2283-JVS (MLG) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| BOARD OF PAROLE HEARINGS, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _____9.15.10_____

/s/ James V. Selna
James V. Selna
United States District Judge

**ENTERED – SOUTHERN DIVISION**
CLERK, U.S. DISTRICT COURT
SEP 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY rla DEPUTY